**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MOHSSIN BAKKALI | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 2:20-cv-03440 |
| | : | |
| WALMART, INC. | : | |
| Defendant. | : | JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

AND NOW, this the _____ day of _____, 2020, upon consideration of Defendant, Walmart Inc.'s Motion to Dismiss, and any response in opposition thereto, it is hereby **ORDERED** and **DECREED** that Defendant's Motion is **GRANTED**. Plaintiff's Complaint is hereby **DISMISSED** in its entirety with prejudice.

**SO ORDERED.**

_____
The Honorable J. Curtis Joyner, USDJ