**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| MOHSSIN BAKKALI | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 2:20-cv-03440 |
| | : | |
| WALMART, INC. | : | |
| Defendant. | : | JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

    I, Gwyneth R. Williams, Esquire, hereby certify that on August 13, 2020, Defendant's Motion to Dismiss, Brief in support, and proposed form of Order were filed electronically with the Court and are available for viewing and downloading from the Court's Electronic Filing System. Copies of the filed documents were served via electronic mail by the Electronic Filing System on the following registered E-Filing User:

Marc L. Ackerman, Esquire
Brodsky & Smith, LLC
Two Bala Plaza, Suite 805
Bala Cynwyd, PA 19004
*Attorneys for Plaintiff*

    Pursuant to the Court's Notice, no paper courtesy copies were mailed to the Court.

                                                 **MCDONNELL & ASSOCIATES, P.C.**

                              By:     */s/ Gwyneth R. Williams*
                                           Gwyneth R. Williams, Esquire
                                           *Attorneys for Defendant*