# EXHIBIT "B"

| CONFIRMATION For Process Serving | ONE LEGAL LLC |  |
|---|---|---|

This is not an Invoice

| ONE LEGAL CONFIRMATION FOR ORDER NO.: | 14937251 | DATE: | 07/29/2020 |
|---|---|---|---|

| Customer: | Brodsky & Smith, LLC | Attorney: | Evan Smith |
|---|---|---|---|
| Customer No.: | 0056078 | Attorney e-mail: | esmith@brodskysmith.com |
| Address: | Bala Cynwyd, PA 19004 | Contact: | Marc Ackerman |
| | | Contact e-mail: | mackerman@brodsky-smith.com |
| | | Contact Phone: | 610-667-6200 |
| | | Contact Fax: | 610-667-9029 |
| | | Law Firm File No.: | Marc Case - Bakkali |

**CASE INFORMATION:**

| Case Number: | 2:20-cv--03440-JCJ |
|---|---|
| County: | |
| Court: | United States District Court, Eastern District of Pennsylvania |
| Case Short Title: | Mohssin Bakkali vs. Walmart, Inc. |

| DOCUMENTS RECEIVED: | No. Docs: 2 | No. Pgs: 16 |
|---|---|---|

Complaint, Summons

| Party to Serve: | Walmart, Inc. | Service Address: | 1209 Orange Street |
|---|---|---|---|
| | | | Wilmington, DE 19801 |

Confirmation Report. DO NOT PAY. An Invoice will be sent later.

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status:   Service Complete | Process Serving Area Surcharge | 120.00 |
| | Service on a Registered Agent (CT or CSC) | 40.00 |
| Services will be invoiced later. | DO NOT PAY NOW. | Total:   160.00 |

UPON RECEIPT, PLEASE REVIEW AND CONFIRM THAT THE ATTACHED DOCUMENTS ARE TRUE AND CORRECT. IF THERE IS AN ERROR OR OMISSION PLEASE CONTACT CUSTOMER SUPPORT IMMEDIATELY.
Customer Support I Ph:  1-800-938-8815

Job # 4715161
Ref # 14937251

# Affidavit of Process Server

In The United States District Court for the Eastern District of Pennsylvania
(NAME OF COURT)

| Mohssin Bakkali | VS | Walmart, Inc. | 20-cv-03440-JCJ |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I Danielle Stevens, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized to perform said service.

**Service:** I served _____ Walmart, Inc. _____
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons in a Civil Action; and Complaint with Jury Trial Demanded (Received Jul 23, 2020 at 11:11am EDT)
by leaving with Amy McLaren, Managing Agent Authorized to Accept
NAME/RELATIONSHIP/TITLE

**Service Address:** Corporation Trust Company, Registered Agent 1209 Orange St., Wilmington, DE 19801

On _____ Thu, Jul 23 2020 _____ AT _____ 02:45 PM _____
DATE                                                                                          TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY     STATE     ZIP

**Manner of Service:**
☐ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☒ Corporate: By personally delivering copies to the person named above.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.
☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Description:** Age 35   Sex Female   Race Caucasian   Height 5'7"   Weight 140   Hair Brown   Beard ___   Glasses ___

Date: July 29, 2020

Danielle Stevens
SIGNATURE OF PROCESS SERVER

Subscribed and sworn before me a Notary Public of the State of Delaware on July 29, 2020 (Date)

Kimberly Ryan
SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2024