```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

MOHSSIN BAKKALI              :
                             :  CIVIL ACTION
    Plaintiff          :
                             :
  vs.                        :  NO. 20-CV-3440
                             :
WALMART, INC.                :
                             :
    Defendant          :

### **O R D E R**

AND NOW, this   14th   day of September, 2020, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6) (Doc. No. 6), Plaintiff's Response in Opposition thereto and Defendant's Reply in Support, it is hereby ORDERED that the Motion is GRANTED IN PART and DENIED IN PART and Count II of the Complaint purporting to state a cause of action for intentional infliction of emotional distress is DISMISSED.  In all other respects, the Motion to DISMISS is DENIED.

                                      BY THE COURT:

                                      s/ J. Curtis Joyner
                                      _____
                                      J. CURTIS JOYNER,     J.