IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MOHSSIN BAKKALI                    : CIVIL ACTION   20-3440

    VS.                            :

                                   :

WALMART, INC.,

### NOTICE

AND NOW, this 29th day of SEPTEMBER, 2020, it is Ordered that this matter is **SCHEDULED** for a TELEPHONE RULE 16 CONFERENCE in chambers before the Honorable J. Curtis Joyner, on**, OCTOBER 7, 2020** at **10:00AM** in Room 17614 - 17TH FLOOR.  (PARTIES ARE INSTRUCTED TO CALL 1-888-398-2342 **ACCESS CODE** 4373141#)

PS: If counsel is not available at this time and wish to reschedule that party shall contact the Deputy Clerk (267-299-7419) and coordinate a new date and time for all parties.  Plaintiff is to notify all parties of this conference.

    ATTEST:                    or     BY THE COURT

BY: S/SHARON SCOTT
    SHARON SCOTT                  Judge
    Deputy Clerk
Civ 12 (9/83)